In the Matter of the Application of THE CITY OF NEW YORK, Appellant, to Acquire Certain Real Estate in the Town of Hempstead for Purposes of Water Supply.

WILLIAM DE C. WHITE et al., Respondents.

*Matter of City of New York*, 125 App. Div. 219, affirmed.
(Argued May 19, 1908; decided June 2, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1908, which affirmed an order of Special Term awarding claimants in a condemnation proceeding separate bills of costs and fixing allowances of counsel.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* and *Edward H. Wilson*, of counsel) for appellant.

*John Lyon, Francis G. Hooley, Albert E. Seibert, Harry G. Clock, James P. Niemann, Theodore N. Ripsom, Seth Sprague Terry* and *Walter Underhill* for respondents.

Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.